FILED
1/8/2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: CO
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC BENJAMIN VASQUEZ-GONZALEZ,<br><br>Defendant. | Case No: 4:26-CR-00008<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) Illegal Re-entry into the United States |

THE GRAND JURY CHARGES:

## COUNT ONE

That on or about December 10, 2025, in the Western District of Texas, Defendant,

**ISAAC BENJAMIN VASQUEZ-GONZALEZ**,

an alien attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States and Defendant had not received consent of the Attorney General of the United States or the Secretary of Homeland Security, to reapply for admission to the United States, in violation of Title 8 U.S.C. § 1326(a).

A TRUE BILL.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

FOREPERSON OF THE GRAND JURY

**JUSTIN R. SIMMONS**
**UNITED STATES ATTORNEY**

BY: _[signature]_
for JIMMIE L. HOLLOWAY, JR.
ASSISTANT UNITED STATES ATTORNEY